IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID BUTLER, Derivatively on Behalf of Nominal Defendant THE HONEST COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLAOS VLAHOS, KELLY KENNEDY, JESSICA WARREN, KATIE BAYNE, SCOTT DAHNKE, ERIC LIAW, JEREMY LIEW, and AVIK PRAMANIK,<br><br>Defendants,<br><br>and<br><br>THE HONEST COMPANY, INC.,<br><br>Nominal Defendant. | C.A. No. 1:22-CV-01373-RGA |

## JOINT STATUS REPORT

Plaintiff David Butler ("Plaintiff"), defendants Nikolaos Vlahos, Kelly Kennedy, Jessica Warren, Katie Bayne, Scott Dahnke, Susan Gentile, Eric Liaw, Jeremy Liew, and Avik Pramanik (collectively, the "Individual Defendants"), and nominal defendant The Honest Company, Inc. ("Honest," and together with the Individual Defendants, "Defendants") (Plaintiff and Defendants, the "Parties"), by and through their undersigned counsel, submit this joint status report.

On February 9, 2023, the Parties filed a Proposed Stipulation and Order (the "Stipulation") to stay the Action (Dkt. No. 5), including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations, until (i) the resolution of all motions for summary judgment in the related securities class action captioned *In re The Honest*

*Company, Inc. Securities Litigation*, Case No. 2:21-cv-07405 (C.D. Cal.) (the "Securities Class Action"), or (ii) the expiration of the deadline for such motions without any such motion being filed. On February 9, 2023, Your Honor approved and So Ordered the Stipulation. (Dkt. No. 6).

On August 10, 2023, the Parties filed a Joint Status Report. (Dkt. No. 10).

On June 27, 2024, the Parties filed a Joint Status Report indicating that the Securities Class Action remained pending, and that the Parties would provide another status update on or before December 27, 2024. (Dkt. No. 12).

The Parties hereby report that the Securities Class Action is still pending. On June 13, 2024, the court in the Securities Class Action entered a scheduling order. On November 4, 2024, the parties in the Securities Class Action completed fact discovery.

Counsel for the Parties will provide the Court with another status update in six months in accordance with Your Honor's Order dated February 9, 2023. Counsel for the Parties are available to answer any questions that Your Honor may have.

Respectfully submitted,

        **BIELLI & KLAUDER LLC**

        By: <u>*/s/ Ryan M. Ernst*</u>
        Ryan M. Ernst
        rernst@bk-legal.com
        1204 North King Street
        Wilmington, DE 19801
        Telephone: 302-321-5411
        Facsimile: 302-397-2557

        OF COUNSEL:

        Joshua M. Lifshitz
        **LIFSHITZ LAW PLLC**
        1190 Broadway
        Hewlett, New York 11557
        Telephone: (516) 493-9780
        Facsimile: (516) 280-7376
        jlifshitz@lifshitzlaw.com

        *Attorneys for Plaintiff*

        YOUNG CONAWAY STARGATT
        & TAYLOR LLP

        By: <u>*/s/ Paul J. Loughman*</u>
        Paul J. Loughman
        ploughman@ycst.com
        Rodney Square
        1000 North King Street
        Wilmington, DE  19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        OF COUNSEL:

        Koji Fukumura
        COOLEY LLP
        10265 Science Center Drive
        San Diego, CA 92121
        Telephone: (858) 550-6000
        Facsimile: (858) 550 6420
        kfukumura@cooley.com

        *Attorneys for Defendants*